UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER STEWART,

            Petitioner,

-against-

ROBERT E. ERCOLE,

           Respondent.
------------------------------------------------------------X

JUDGMENT
06-CV-1574 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 15 2007 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on February 15, 2007, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       February 15, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court